```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

|  |  |
|---|---|
| ZERO TOLERANCE ENTERTAINMENT, INC. | : |
| v. | : Civil Action No. DKC 12-1293 |
| DOES 1-31 | : |

**ORDER**

Plaintiff filed this action on April 27, 2012, alleging copyright infringement against 31 Doe Defendants who allegedly downloaded and shared a motion picture through an internet file-sharing protocol.  Because Plaintiff was only able to identify the Doe Defendants by their Internet Protocol ("IP") addresses, it moved for leave to take discovery prior to Rule 26(f) conference.  The court granted that motion on May 14, 2012, issuing an order severing all Doe Defendants from this action with the exception of Doe 1 and authorizing Plaintiff to serve the internet service provider ("ISP") with a subpoena requesting the identity of Doe 1.  (ECF No. 7).  To date, Plaintiff has not filed proof of service as to Doe 1, nor has Plaintiff moved for an additional period of time to effect service.

Accordingly, it is this 4th day of September, 2012, by the United States District Court for the District of Maryland, hereby

ORDERED that Plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

                                           /s/
                                Deborah K. Chasanow
                                United States District Judge